# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jeffrey D. Shewchuk,

        Plaintiff,                              Civil 05-905 (PAM/FLN)

        v.                                     **ORDER OF DISMISSAL**

Kinney & Lange, P.A., et al.,
*a Minnesota coroporation,*

        Defendants.

_____

    The court having been advised that the above case has been settled,

    **IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: July __27__, 2006

                                                  s/Paul A. Magnuson
                                                  Paul A. Magnuson
                                                  United States District Court Judge